IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ACC CONSTRUCTION CO INC.,                    *
*as assignee of Jerry Herron*

                     *

        Plaintiff,                    Case No.  5:23-cv-00356-TES

v.                                           *

ROBERTSON-CECO II CORPORATION,               *
*doing business as CECO BUILDING SYSTEMS*

                     *

        Defendant.

_____

## J U D G M E N T

Pursuant to the jury verdict dated April 22, 2026 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Defendant shall also recover costs of this action.

This 22nd day of April, 2026.

                     David W. Bunt, Clerk

                     s/ Erin Pettigrew, Deputy Clerk